IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RUTH MARDEN,**<br>And her husband,<br><br>**JOHN MARDEN**<br><br>Plaintiffs,<br><br>vs.<br><br>**GAYLORD ENTERTAINMENT COMPANY, c/o Carter R. Todd**<br><br>Defendant. | Case No. 3 07 0209<br><br>Judge Aleta A. Trauger<br><br>JURY DEMANDED |

## MOTION TO AMEND COMPLAINT TO ADD PARTY DEFENDANTS

Come the plaintiffs, through counsel, pursuant to Rule 15, Federal Rules of Civil Procedure and Local Rule 15.1, and move the Court for permission to file an Amended Complaint to add as party defendants in this matter, Mr. Devery Sims and Mr. Phillip Donaldson.

A memorandum in support of this motion is filed herewith.

                                                           **LAW OFFICES OF J.D. LEE, PLLC**

                                  By:    /s/ David C. Lee_____
                                                 David C. Lee, BPR # 051217
                                                 422 S. Gay Street, 3rd Floor
                                                 Knoxville, Tennessee 37902
                                                 865-544-0101

## CERTIFICATE OF SERVICE

   I hereby certify that on April 11, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

         **LAW OFFICES OF J.D. LEE, PLLC**


         By:  /s/ David C. Lee_____