IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**RUTH MARDEN,**
**And her husband,**

**JOHN MARDEN**

    Plaintiffs,

vs.

**GAYLORD ENTERTAINMENT**
**COMPANY, c/o Carter R. Todd**

    Defendant.

Case No. 3 07 0209

Judge Aleta A. Trauger

JURY DEMANDED

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Come the plaintiffs, through counsel, pursuant to the Federal Rules of Civil Procedure, and move the Court to continue the initial case management conference currently set for April 16, 2007 at 11:00 a.m. before this Honorable Court.

A memorandum in support of this motion is filed herewith.

        **LAW OFFICES OF J.D. LEE, PLLC**

By:   /s/ David C. Lee
       David C. Lee, BPR # 051217
       422 S. Gay Street, 3rd Floor
       Knoxville, Tennessee 37902
       865-544-0101

## CERTIFICATE OF SERVICE

   I hereby certify that on April 11, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

            **LAW OFFICES OF J.D. LEE, PLLC**

            By:  /s/ David C. Lee_____