**Motion DENIED as moot.**

*/s/ [Judge signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RUTH MARDEN et ux, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No: 3-07-0209 |
| ) | JURY DEMANDED |
| GAYLORD ENTERTAINMENT ) | JUDGE TRAUGER |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' REQUEST TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO DISCOVERY EXTENSION

Come the Plaintiffs, through counsel, and pursuant to Local Rule 17.01 (b) respectfully request leave of the Court to allow the Plaintiffs to reply to the Defendant's Response in Opposition to Discovery Extension. Plaintiffs would show the Court that a reply pleading is needed in order to respond to the allegations made in Defendant's Response, and a reply will assist the Court in their determination of allowing an extension.

Therefore, Plaintiffs respectfully request that they be granted leave of Court to file a reply motion to Defendant's Response in Opposition to Discovery Extension, pursuant to the Local Rules of the Middle District of Tennessee of the United States District Court.

                                              LAW OFFICES OF J.D. LEE, PLLC

                                              s/ Travis E. Venable
                By: _____
                                              J.D. Lee, BPR# 002030
                                              Travis E. Venable, BPR# 023072
                                              Attorneys for Plaintiffs

1