IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH MARDEN ) | |
| and JOHN MARDEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0209 |
| ) | Judge Trauger |
| GAYLORD ENTERTAINMENT CO., ) | |
| c/o Carter R. Todd, ) | |
| DEVERY SIMS, ) | |
| and PHILIP DONALDSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Final Summary Judgment, or, in the Alternative, Partial Summary Judgment as to Punitive Damages filed by the defendant Gaylord Entertainment Co. is **DENIED** with respect to liability and **GRANTED** with respect to punitive damages.

It is so Ordered.

Entered this 25th day of June 2008.

_____
ALETA A. TRAUGER
United States District Judge